# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2727
LT Case No. 2017-CF-009863-A

_____

AARON LOGAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.800 Appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Aaron Logan, Miami, pro se.

Ashley Moody, Attorney General, and Christina Piotrowski,
Assistant Attorney General, Tallahassee, for Appellee.

November 14, 2023


PER CURIAM.

AFFIRMED.

EDWARDS, C.J., WALLIS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____